E-Filed

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-5355-GHK (Ex) | Date | October 28, 2011 |
|---|---|---|---|
| Title | *Zumba Fitness, LLC v. Alfredo Salcedo* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Motion for Entry of Default Judgment by Court

In light of Plaintiff Zumba Fitness, LLC's ("Plaintiff") October 21, 2011 Notice of Voluntary Dismissal, (Dkt. No. 18), Plaintiff's Motion for Entry of Default Judgment by Court (Dkt. No. 15) is **DENIED as moot**.

**IT IS SO ORDERED.**

| | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |